THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Uri Dabash, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Horry County
Michael J. Baxley, Post-Conviction Relief Judge
Memorandum Opinion No.  2009-MO-015
Submitted March 18, 2009  Filed March 23,
 2009
REVERSED

 
 
 
 Attorney General Henry D. McMaster, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Sally W. Elliot, and
 Assistant Attorney General Christina J. Catoe, all of the Office of the
 Attorney General, of Columbia, for Petitioner.
 Tricia A. Blanchette, of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 The State seeks a writ of certiorari to review the order of the circuit court
 granting respondents application for post-conviction relief (PCR).  We grant
 the States petition, dispense with further briefing, and reverse.  
The PCR judge relied on S.C. Code Ann. §
 17-27-45(C) (2003) and Coats v. State, 352 S.C. 500, 575 S.E.2d 557
 (2003) in finding respondents PCR application was not time-barred.  However,
 we find respondents PCR application was time-barred under § 17-27-45(C).
Because
 the PCR judge erred in finding respondents PCR application was not time-barred,
 we reverse the decision of the PCR judge.
REVERSED.
TOAL, C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.